IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
DOUGLAS F. VAUGHAN,
    Debtor.

YVETTE GONZALES,

    Plaintiff,

v.                                                                                No. 12-cv-0411 JAP/SMV

JUDITH A. WAGNER,
DAVID H. WOLLEN,
RACHEL WOLLEN ADENT,
VAUGHAN CAPITAL, LLC, and

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 29], filed June 13, 2013, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order, filed concurrently herewith.

                                                                                   **STEPHAN M. VIDMAR**
                                                                                   **United States Magistrate Judge**